

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Lindsay Nicole Raglin,                    * From the 104th District Court
                                            of Taylor County,
                                            Trial Court No. 20724B.

Vs. No. 11-20-00195-CR                    * September 25, 2020

The State of Texas,                       * Per Curiam Memorandum Opinion
                                            (Panel consists of: Bailey, C.J.,
                                            Stretcher, J., and Wright, S.C.J.,
                                            sitting by assignment)
                                            (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.